429 A.2d 755

Commonwealth v. Voytus, Appellant.

Submitted April 18, 1978.   Robert W. Lambert, for appellant;  Walter S. Vuckovich, District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J. and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Judgment of sentence affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.

429 A.2d 755

Commonwealth v. Wheaton, Appellant.

Submitted September 8, 1980.   Jeffrey E. Leber, for appellant;  Charles P. Mackin, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The judgment of sentence of the lower court is hereby affirmed.